UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>ATICHA JITTAPHOL<br>Defendant. | )<br>)<br>)<br>) CASE NO. 1:21-CR-10270-001-MLW<br>)<br>)<br>) |

## SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Aticha Jittaphol, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

JOSHUA S. LEVY
United States Attorney

By:    /s/ Brendan T. Mockler
BRENDAN T. MOCKLER
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
brendan.mockler@usdoj.gov

Date: February 22, 2024

### CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to Aticha Jittaphol located in Brighton, MA.

/s/ Brendan T. Mockler
BRENDAN T. MOCKLER
Assistant United States Attorney